MAYFIELD, GUARDIAN, ET AL. *v.* RUMFORD ET AL.

[No. 13,262.   Filed June 20, 1929.   Rehearing denied September 11, 1929.]

*Arthur T. Mayfield, Charles B. Clarke, Walter C. Clarke* and *Fae W. Patrick,* for appellants.

*Samuel Offutt, John F. Linder* and *George Young,* for appellees.

NICHOLS, J.—Action by appellees against appellants to contest the last will and testament of Mary M. Hansing. To the complaint there were answers in general denial.

There was a trial by jury, which resulted in a verdict in favor of appellees, on which judgment was rendered, from which, after appellants' motion for a new trial was overruled, this appeal, appellants assigning as error the court's action in overruling their motion for a new trial.

Appellants undertake to present error of the court in failing, before the trial, to appoint a guardian *ad litem* for Elizabeth Vielhaver, a minor defendant, then twenty years of age and since this appeal of the full age of twenty-one, as a cause for a new trial, and the question is presented in no other way. Assigning such a reason in a motion for a new trial presents no question. *Evans* v. *State, ex rel.* (1877), 58 Ind. 587, 589.

Even if the question were before us for our consideration, the court did not err in appointing a guardian *ad litem* for said appellant after the trial had commenced and when it was discovered that she was a minor. See *Earl* v. *Cotton* (1908), 78 Kans. 405, 96 Pac. 348; *Galbraith* v. *Pennington* (1914), 184 Mo. App. 618, 623, 170 S. W. 668; *Seiden* v. *Reimer* (1920), 190 App. Div. 713, 180 N. Y. Supp. 345; *Greenman* v. *Cohee* (1878), 61 Ind. 201; *Gibbs* v. *Potter* (1906), 166 Ind. 471, 475, 77 N. E. 942, 9 Ann. Cas. 481.

There was no error in overruling appellants' motion for a new trial on the ground of newly-discovered evidence. Such evidence, as it is set out in appellants' motion, is simply cumulative, and it has been many times held that a new trial will not be granted for such cause where, as here, the evidence is merely cumu-

lative. *Simpson* v. *Wilson* (1855), 6 Ind. 474; *Dodds* v. *Vannoy* (1877), 61 Ind. 89; *Offutt* v. *Gowdy* (1897), 18 Ind. App. 602, 48 N. E. 654; *Westbrook* v. *Aultman* (1891), 3 Ind. App. 83, 28 N. E. 1011.

It does not appear that such evidence would probably bring about a different result. *Smith* v. *State* (1896), 143 Ind. 685, 42 N. E. 913; *Westbrook* v. *Aultman, supra.*

Further, there was no sufficient diligence shown in discovering the evidence. The evidence is ample to sustain the verdict.

Affirmed.